| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DETECTIVES ENDOWMENT ASSOCIATION ANNUITY FUND, | |
|---|---|
| Plaintiff(s), | CASE NO. 2:22−cv−00950−JHC |
| v. | MINUTE ORDER REASSIGNING CASE |
| AMAZON.COM INC et al., | |
| Defendant(s). | |

This action has been assigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00950−JHC and bear the Judge's name in the upper right hand corner of the document.

DATED August 9, 2022

                                      Ravi Subramanian
                                      Clerk of Court

                                      By:  /s/ Kelly A Miller
                                              Deputy Clerk